# Exhibit A

**DECLARATION OF CAMERIN HUNT**

I, Camerin Hunt, declare as follows:

1. I am employed by TikTok USDS Joint Venture LLC (the "Joint Venture"). Prior to my current role, I joined TikTok Inc. in January 2022 as a Program Manager on the Strategy & Analytics team. In November 2023, I transitioned to employment at TikTok U.S. Data Security Inc. as part of the Trust & Safety Product Management team, where I served as a Product Manager for Age Assurance. In this role my duties include designing and building age detection models to identify and remove underage users, and enhancing age assurance operations / moderation workflows through product innovation and development. In September 2025, my team shifted to the Tech and Product Department, although my role and duties remained the same. With the creation of the Joint Venture on January 22, 2026, my team transitioned from TikTok U.S. Data Security Inc. to the Joint Venture, although again, my role and duties remained intact. In the course of my various positions I have become familiar with the facts set forth herein and could competently testify thereto.

2. In 2019, following an investigation and filing of a civil complaint by the United States, two TikTok predecessor companies, Musical.ly and Musical.ly Inc., entered into a Consent Decree. This Decree resulted from allegations about data collection practices on the Musical.ly app between 2014 and 2018, not the TikTok platform as it exists today. See Compl., *United States v. Musical.ly*, No.

2:19-cv-01439 (C.D. Cal. Feb. 27, 2019) ¶¶ 12-23.

3. Since then, the TikTok platform has matured dramatically. Unlike Musical.ly, which was a lip-syncing app popular with younger users, the TikTok platform hosts more than 170 million monthly U.S. users of all ages 13 and over and interests. The main U.S. TikTok platform is now operated as a general audience service and is not directed to children under the age of 13.

4. Alongside that growth, TikTok has made substantial investments in robust systems to prevent children under 13 from accessing its main platform. TikTok employs a neutral age gate that requires every user who joins the platform to enter their date of birth. While TikTok once permitted users to create a TikTok account using third-party credentials from platforms like Google or Facebook to create a TikTok account without passing through TikTok's age gate, TikTok has since eliminated that policy and requires all users to pass through TikTok's age gate. In 2023 and 2024, TikTok also implemented "Age Gate 100," an initiative that prompted every user for whom TikTok did not have a date of birth to pass through TikTok's age gate. TikTok banned any user who failed to respond or entered an age under 13.

5. TikTok has also developed sophisticated age moderation systems that identify children under 13 who misrepresented their age on TikTok's age gate to open an account and access TikTok's main platform. Once identified, all such

users' accounts are banned and their user data deleted, unless through an appeal they can confirm an age of 13 or older.

6. TikTok uses AI modeling to scan biographies, captions, on-screen text, audio subtitles, and direct messages to identify potential underage signals. Once an account is flagged as potentially belonging to someone under 13, TikTok employs human moderators to review accounts suspected of being under the age of 13. TikTok has devoted an increasing amount of resources to such efforts and today employs hundreds of personnel trained in underage moderation. As a result of this process, TikTok systematically bans and deletes the data of tens of thousands of suspected under-13 accounts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th of June 2026 in Los Angeles, California.

Camerin Hunt