**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S)<br>v.<br>Musical.ly et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-01439-ODW(RAO)<br><br>**ORDER TRANSFERRING CIVIL ACTION** |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge George Wu for all further proceedings.

August 25, 2026
Date

United States District Judge

August 25, 2026
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials GW after the case number, so that the case number will read CV 19-01439-GW-RAO . This is very important because documents are routed to the assigned judge by means of these initials.

*cc:* ☐ *Previous Judge* ☐ *Statistics Clerk*