UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-1439-GW-RAOx | Date | September 21, 2026 |
| Title | *United States of America v. Musical.ly, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Miranda Algorri | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John K. Adams, US DOJ | Drew E. Breuder<br>Matthew D. Powers |

**PROCEEDINGS: THE UNITED STATES' CONSENT MOTION TO VACATE STIPULATED ORDER [12]**

Attorney Derek W. Loeser, lead counsel for Plaintiffs in the MDL 3144 - In Re: Tiktok, Inc., Minor Privacy Litigation is present by telephone.

The Court issued its Tentative Ruling on the Government's Motion [12] on September 18, 2026 [19]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion without prejudice. The parties will meet and confer regarding the Government's filing of its renewed motion and advise the Court's clerk as soon as practicable.

: 45

Initials of Preparer JG