Stanley E. Woodward, Jr.
ASSOCIATE ATTORNEY GENERAL

John Adams
ASSOCIATE DEPUTY ATTORNEY GENERAL

United States Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Tel: (202) 514-2000
John.Adams5@usdoj.gov

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MUSICAL.LY, ET AL.,<br><br>*Defendants*. | Case No.: 2:19-cv-01439-GW-RAO<br><br>**THE UNITED STATES' NOTICE OF MEET AND CONFER REGARDING THE COURT'S FINAL ORDER, DKT. 22**<br><br>Date: October 22, 2026<br><br>Judge: HONORABLE GEORGE H. WU |

**NOTICE**

On September 21, this Court issued a final order on the United States' consent motion to vacate the stipulated order that adopted its tentative ruling as its final ruling. *See* Dkt. 22 (Final Order); Dkt. 19 (Tentative Ruling). The Final Order denied the consent motion without prejudice and ordered the parties to meet and confer about next steps. After meeting and conferring, the United States declines to renew its consent motion and rests on the current record before this Court, because there is nothing further for this Court to consider.[1] The United States will appeal this Court's final order on October 23. *See United States v. Sierra Pac. Indus., Inc.*, 862 F.3d 1157, 1166 (9th Cir. 2017) ("[T]he denial of a Rule 60 motion for relief from judgment is a final, appealable order.").

Dated: October 22, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ John Adams*
John Adams
*Associate Deputy Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Plaintiffs*

[1] The material terms of the settlement agreement are in the record. *See, e.g.*, 9/21 Tr. of Oral Argument at 5:12–15; 5:17–6:9; 6:15; 14:15–16; 29:12–14; 32:10–13. The settlement agreement is also publicly available. *See Justice Department Secures $400M Settlement with TikTok and ByteDance to Resolve Children's Privacy Litigation* (updated Oct. 20, 2026), *available at* https://www.justice.gov/opa/pr/justice-department-secures-400m-settlement-tiktok-and-bytedance-resolve-childrens-privacy; *see also id.*, https://perma.cc/7LJL-EL3A (settlement agreement)